IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN M. BOBBY, | ) | Case No. 3:20-cv-147 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

NOW, this 12th day of August, 2021, in light of the parties' Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 24), it is **HEREBY ORDERED** that this action is dismissed with prejudice and without costs to either party.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE